AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

KEVIN JOE PICOTTE,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-00190-PMP-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss the petition on grounds of failure to exhaust state remedies (#30) is **GRANTED**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.

   November 9, 2009                                  **LANCE S. WILSON**
                                                                                 Clerk

                                                                                _D. R. Morgan_
                                                                                 Deputy Clerk